Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Carlos Conde, Shikwana Jennings, and Lisa Drake, et al.

Plaintiff(s),

v.

2020 Companies LLC, Open Door Marketing, LLC, Barry Millay, et al.

Defendant(s).

Case No: 15-4080-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jill Kahn, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Matthew Carlson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
729 Boylston Street, Suite 2000
Boston, MA 02116

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
100 Pine Street, Suite 1250
San Francisco, CA 94111

MY TELEPHONE # OF RECORD:
(617) 994-5800

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(510) 239-4710

MY EMAIL ADDRESS OF RECORD:
jkahn@llrlaw.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
mcarlson@carlsonlegalservices.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 689794.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/22/15

/s/Jill Kahn
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jill Kahn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 09/22/2015

Kandis Westmore
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE