1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONDE, SHIKWANA JENNINGS, AND LISA DRAKE, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> 20/20 Communications, Inc., Open Door Marketing, LLC, Jerrimy Farris, AND Larry Clarke, <br><br> Defendant. | Case No. 15-cv-04080-KAW <br><br> **ORDER (AS MODIFIED BY THE COURT) GRANTING JOINT STIPULATION OF THE PARTIES RE (1) SERVICE OF THE FIRST AMENDED COMPLAINT, AND (2) SCHEDULING MATTERS** <br><br> Complaint Filed:  September 8, 2015 |

Good cause appearing, and pursuant to the JOINT STIPULATION OF THE PARTIES RE (1) SERVICE OF THE FIRST AMENDED COMPLAINT, AND (2) SCHEDULING MATTERS, it is hereby ordered as follows:

1. Service of the First Amended Collective And Class Action Complaint [ECF doc. # 23] upon Defendant 20/20 Communications, Inc. is deemed effective on November 2, 2015.

2. Defendant 20/20 Communications, Inc.'s pending Motion To Dismiss [ECF doc. # 17] is withdrawn and the hearing on that motion is vacated.

3. Service of the First Amended Collective And Class Action Complaint [ECF doc. # 23] upon Defendant Jerrimy Farris is deemed effective on November 3, 2015.

4. Plaintiffs may file a Second Amended Complaint adding a claim for civil penalties pursuant to California Labor Code § 2699 *et seq.* ("PAGA") on November 16, 2015. Leave to add additional claims and/or new allegations in support of existing claims will require a separate application or stipulation of the parties.

5. None of Defendants need file a responsive pleading in this action until after the Second Amended Complaint has been filed. For each of Defendants, their initial responsive pleading shall be due December 7, 2015.

6. The briefing schedule and hearing date on Plaintiffs' pending Motion For Notice to Be Issued To Similarly Situated Employees [ECF doc. # 21] is modified as follows:

| Deadline for Defendants' Oppositions | December 7, 2015 |
| Deadline for Plaintiffs' Reply | December 21, 2015 |
| Hearing | February 4, 2016 |

**IT IS SO ORDERED.**

DATED: 11/6/15

*Kandis Westmore*

MAGISTRATE JUDGE KANDIS A. WESTMORE

22894333.2