UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONDE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OPEN DOOR MARKETING, LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04080-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 21 |

　　PLEASE TAKE NOTICE that the chambers copy of Plaintiffs' Motion for Notice to be Issued to Similarly Situated Employees was submitted in a format that is not usable by the court.

　　The chambers copy is not usable because it

☐　　consists of a stack of loose paper wrapped with a rubber band;

☒　　consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐　　is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒　　has no tabs for the voluminous exhibits;

☒　　includes exhibits that are illegible;

☐　　includes exhibits that are unreadable because the print is too small;

☐　　includes text and/or footnotes in a font smaller than 12 point;

☐　　includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐　　is not usable for another reason –

1   The paper used for the above-described chambers copy has been recycled by the court.
2   Plaintiffs shall submit a chambers copy in a format that is usable by the court within 7 days.
3   IT IS SO ORDERED.
4   Dated: 11/06/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge