UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONDE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OPEN DOOR MARKETING, LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-04080-KAW<br><br>**ORDER REQUIRING POST-HEARING BRIEFS**<br><br>Re: Dkt. No. 49 |

On March 17, 2016, the Court held a hearing on various motions filed in the above-captioned case, including a motion to compel arbitration filed by Defendants Open Door Marketing, LLC, Larry Clark, and Jerrimy Farris.  (Dkt. No. 49.)  During the hearing, Plaintiffs cited two Ninth Circuit cases—*Rajagopalan v. Noteworld, LLC*, 718 F.3d 844 (9th Cir. 2013) and *Murphy v. DirecTV, Inc.*, 724 F.3d 1218 (9th Cir. 2013), which are not cited in Plaintiffs' opposition brief and pertain to a non-signatory's ability to enforce an arbitration agreement.  (*See* Dkt. No. 62.)  Should the moving Defendants wish to brief these authorities in response to the argument Plaintiffs advanced at the hearing, they shall file a post-hearing brief of no more than 5 pages within 14 days of this order.  Plaintiffs shall file a brief of no more than 5 pages 7 days thereafter.

    IT IS SO ORDERED.

Dated: 04/12/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge