# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONDE, SHIKWANA JENNINGS, AND LISA DRAKE, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> 20/20 Communications, Inc., Open Door Marketing, LLC, Jerrimy Farris, AND Larry Clarke, <br><br> Defendant. | Case No. 15-cv-04080-KAW <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Complaint Filed:  September 8, 2015 |

Good cause appearing, and pursuant to the JOINT STIPULATION OF THE PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, it is hereby ordered as follows:

1. The Case Management Conference in this matter and deadlines contingent thereon shall be continued as follows:

| | |
|---|---|
| Last Day for Counsel to Meet and Confer | June 7, 2016 |
| Joint Case Management Statement Due | June 21, 2016 |
| Initial Disclosures Due | June 21, 2016 |
| Case Management Conference | June 28, 2016 |

**IT IS SO ORDERED.**

DATED ___5/10_____, 2016         _____
                                    MAGISTRATE JUDGE KANDIS A. WESTMORE

24749829.1