# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONDE, SHIKWANA JENNINGS, AND LISA DRAKE, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> 20/20 Communications, Inc., Open Door Marketing, LLC, Jerrimy Farris, AND Larry Clarke, <br><br> Defendant. | Case No. 15-cv-04080-KAW <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF THE PARTIES RE: DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT** <br><br> Complaint Filed:  September 8, 2015 |

1   Good cause appearing, and pursuant to the JOINT STIPULATION OF THE PARTIES RE:
2 DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT, it is hereby ordered as
3 follows:
4   1.   Defendants' deadline to respond to Plaintiffs' Third Amended Complaint is
5 continued to **June 2, 2016**.

**IT IS SO ORDERED.**

DATED __5/27_____, 2016      _____
                                MAGISTRATE JUDGE KANDIS A. WESTMORE

24960419.1