UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONDE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OPEN DOOR MARKETING, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-04080-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On February 21, 2017, the Court held a case management conference, where Defendants Larry Clarke, Jerrimy Farris, and Open Door Marketing, LLC did not appear.

Accordingly, Defendants Clark, Jerrimy Farris, and Open Door Marketing, LLC are ORDERED TO SHOW CAUSE, in writing, by no later than March 10, 2017, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

Defendants may wish to contact the Federal Pro Bono Project's Help Desk—a free service for *pro se* litigants—by calling (415) 782-8982. The Court has also adopted a manual for use by *pro se* litigants, which may be helpful to Plaintiff. This manual, and other free information is available online at: http://cand.uscourts.gov/pro-se.

IT IS SO ORDERED.

Dated: February 22, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge