# LICHTEN & LISS-RIORDAN, P. C.

ATTORNEYS AT LAW

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

HAROLD L. LICHTEN[†]
SHANNON LISS-RIORDAN[◊]

BENJAMIN J. WEBER[⁵]
PETER M. DELANO
MATTHEW W. THOMSON
JILL S. KAHN[◊]
ADELAIDE H. PAGANO
THOMAS P. FOWLER

[†] ALSO ADMITTED IN MAINE
[◊] ALSO ADMITTED IN NEW YORK

[⁵] ALSO ADMITTED IN TENNESSEE

October 1, 2015

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

2020 Companies LLC
3575 Lone Star Circle, Suite 200
Fort Worth, TX 76177

**Re: Notice Pursuant to California Labor Code § 2699.3(a)(1)**

Dear General Counsel:

My firm represents Shikwana Jennings in connection with her claims pursuant to the California Labor Code against 2020 Companies LLC, Open Door Marketing LLC, Barry Millay, and Larry Clark (collectively, "Respondents"). Ms. Jennings worked for Respondents to promote their clients' cell phones and wireless service plans in Oakland, California from February 2015 through June 2015. Because Respondents illegally misclassify their workers as independent contractors rather than employees, Shyp has violated numerous provisions of the California Labor Code. Pursuant to Cal. Lab. Code §2699.3(a)(1), please consider this letter notice of the specific provisions of the California Labor Code violated by Respondents that may result in penalties under the Private Attorney General Act of 2004:

1. Respondents have violated Cal. Lab. Code §§ 1194 and 1197 by failing to pay their workers minimum wage or overtime pay for hours worked over 40;

2. Respondents have violated Cal. Lab. Code § 2802 by failing to reimburse their workers for all reasonably necessary expenditures incurred in the discharge of their duties, including but not limited to the cost of equipment required to perform their jobs;

3. Respondents have violated Cal. Lab. Code § 226(a) by failing to provide itemized wage statements;

# LICHTEN & LISS-RIORDAN, P.C.

Accordingly, Ms. Jennings seeks all applicable civil penalties related to the foregoing violations. Ms. Jennings hereby invites the Labor and Workforce Development Agency to take any action it deems appropriate.

                                                  Yours Truly,

                                                  Harold Lichten