HAROLD LICHTEN, *pro hac vice*
(hlichten@llrlaw.com)
JILL KAHN, *pro hac vice*
(jkahn@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

MATTHEW D. CARLSON (State Bar No. 273242)
mcarlson@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
466 Geary St., Suite 201
San Francisco, California 94102
Telephone: (415) 630-2651
Facsimile: (617) 994-5801

Attorneys for Plaintiffs Shikwana
Jennings and Lisa Drake

CHRISTOPHER W. DECKER (SBN 229426)
christopher.decker@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

WENDY V. MILLER, *pro hac vice*
wendy.miller@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37067
Telephone: 615.254.1900
Facsimile: 615.254.1908

Attorneys for Defendant
2020 COMMUNICATIONS, INC.

KRISTIN ALEXANDRIA SMITH
ksmith@fosteremploymentlaw.com
Foster Employment Law
3000 Lakeshore Avenue
Oakland, CA 94610
510-763-1900
Fax: 510-763-5952

MICHAEL L. THOMPSON, *pro hac vice*
mthompson@lehrmiddlebrooks.com
Lehr Middlebrooks Vreeland and Thompson, P.C.
2021 Third Avenue North
Birmingham, AL 35203

2020 Stipulation
11-14-17.docx

1     Case No. 15-cv-04080-KAW

JOINT STIPULATION OF THE PARTIES AND PROPOSED ORDER REGARDING STAY OF PLAINTIFFS'
MOTION FOR EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS FOR FLSA CLAIMS OF
EXPANDED COLLECTIVE OPT-IN PLAINTIFFS

205-326-3002
Fax: 205-326-3002

Attorneys for Defendant
OPEN DOOR MARKETING, LLC
LARRY DALE CLARK
JERRIMY FARRIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKWANA JENNINGS AND LISA DRAKE,<br><br>Plaintiffs,<br><br>v.<br><br>2020 COMPANIES, INC., OPEN DOOR MARKETING, LLC, JERRIMY FARRIS, AND LARRY CLARK,<br><br>Defendants. | Case No. 15-cv-04080-KAW<br><br>**JOINT STIPULATION OF THE PARTIES AND PROPOSED ORDER REGARDING STAY OF PLAINTIFFS' MOTION FOR EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS FOR FLSA CLAIMS OF EXPANDED COLLECTIVE OPT-IN PLAINTIFFS**<br><br>Complaint Filed: September 8, 2015<br>Trial Date: None<br>Magistrate Judge: Hon. Kandis A. Westmore |

Plaintiffs Shikwana Jennings and Lisa Drake, Defendant 2020 Communications, Inc. ("2020"), Open Door Marketing, LLC, Jerrimy Farris and Larry Clark, by and through their respective counsel, hereby agree and stipulate as follows:

1) As reflected in this Court's Order Staying Motion to Compel; Granting Motion to Join (Dkt. No. 235), on November 8, 2017, this Court stayed this case with respect to any "opt-in Plaintiffs who have signed an arbitration agreement, and would be subject to a motion to compel arbitration."

2) Plaintiffs' Motion For Equitable Tolling of the Statute of Limitations For FLSA Claims

2  Case No. 15-cv-04080-KAW
JOINT STIPULATION OF THE PARTIES AND PROPOSED ORDER REGARDING STAY OF PLAINTIFFS' MOTION FOR EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS FOR FLSA CLAIMS OF EXPANDED COLLECTIVE OPT-IN PLAINTIFFS

2020 Stipulation
11-14-17.docx

Of Expanded Collective Opt-In Plaintiffs (Dkt. No. 233) likely seeks relief only on behalf of individuals whom defendants have identified as having signed an arbitration agreement and who would be subject to a motion to compel arbitration.

3) As such, the parties acknowledge that it would be most efficient to stay Plaintiffs' Motion For Equitable Tolling of the Statute of Limitations For FLSA Claims Of Expanded Collective Opt-In Plaintiffs (Dkt. No. 233) in light of this Court's Order Staying Motion to Compel; Granting Motion to Join (Dkt. No. 235).

4) Accordingly, the parties agree and stipulate that Plaintiffs' Motion For Equitable Tolling of the Statute of Limitations For FLSA Claims Of Expanded Collective Opt-In Plaintiffs (Dkt. No. 233) should not be heard on December 7, 2017, and that an appropriate briefing and hearing schedule relating to the Motion should be determined after the Court lifts the stay.

5) Within seven (7) days following this Court's lifting of the stay of this case with respect to opt-in Plaintiffs who have signed arbitration agreements, the parties will submit to the Court a briefing and hearing schedule concerning Plaintiffs' Motion For Equitable Tolling of the Statute of Limitations For FLSA Claims Of Expanded Collective Opt-In Plaintiffs (Dkt. No. 233).

IT IS SO STIPULATED.

DATED:  November 14, 2017                LICHTEN & LISS-RIORDAN.


                                         By:  /s/  Harold L. Lichten w/permission
                                              Harold L. Lichten

                                         Attorneys for Plaintiffs

2020 Stipulation
11-14-17.docx

DATED: November 14, 2017         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Wendy V. Miller
    Wendy V. Miller

Attorneys for Defendant
20/20 COMMUNICATIONS, INC.
(erroneously sued as 2020 Companies LLC)

DATED: November 14, 2017         LEHR MIDDLEBROOKS VREELAND AND THOMPSON, P.C.

By: /s/ Michael L. Thompson
    Michael L. Thompson

Attorneys for Defendants
OPEN DOOR MARKETING, LLC
LARRY DALE CLARK
JERRIMY FARRIS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/15/17         _____
    United States Magistrate Judge

31999736.1

2020 Stipulation
11-14-17.docx

4    Case No. 15-cv-04080-KAW
JOINT STIPULATION OF THE PARTIES AND PROPOSED ORDER REGARDING STAY OF PLAINTIFFS' MOTION FOR EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS FOR FLSA CLAIMS OF EXPANDED COLLECTIVE OPT-IN PLAINTIFFS