HAROLD LICHTEN, *pro hac vice*
(hlichten@llrlaw.com)
JILL KAHN, *pro hac vice*
(jkahn@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

MATTHEW D. CARLSON (State Bar No. 273242)
mcarlson@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
466 Geary St., Suite 201
San Francisco, California 94102
Telephone: (415) 630-2651
Facsimile: (617) 994-5801

Attorneys for Plaintiffs Shikwana
Jennings and Lisa Drake

CHRISTOPHER W. DECKER (SBN 229426)
christopher.decker@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

WENDY V. MILLER, *pro hac vice*
wendy.miller@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37067
Telephone: 615.254.1900
Facsimile: 615.254.1908

Attorneys for Defendant
2020 COMMUNICATIONS, INC.

KRISTIN ALEXANDRIA SMITH
ksmith@fosteremploymentlaw.com
Foster Employment Law
3000 Lakeshore Avenue
Oakland, CA 94610
510-763-1900
Fax: 510-763-5952

MICHAEL LESLIE THOMPSON, *pro hac vice*
mthompson@lehrmiddlebrooks.com
Lehr Middlebrooks Vreeland and Thompson, P.C.
2021 Third Avenue North
Birmingham, AL 35203
205-326-3002

Fax: 205-326-3002

Attorneys for Defendant
OPEN DOOR MARKETING, LLC
LARRY DALE CLARK
JERRIMY FARRIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKWANA JENNINGS AND LISA DRAKE,<br><br>Plaintiffs,<br><br>v.<br><br>2020 COMPANIES, INC., OPEN DOOR MARKETING, LLC, JERRIMY FARRIS, AND LARRY CLARK,<br><br>Defendants. | Case No. 15-cv-04080-KAW<br><br>**JOINT STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF AND DEADLINE TO FILE MOTIONS**<br><br>Complaint Filed: September 8, 2015<br>Trial Date: None<br>Magistrate Judge: Hon. Kandis A. Westmore |

Plaintiffs Shikwana Jennings and Lisa Drake ("Plaintiffs"), and Defendant 2020 Communications, Inc. ("2020"), Open Door Marketing, LLC, Jerrimy Farris and Larry Clark, (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1) On December 12, 2017, this Court held a Further Case Management Conference and set the following deadlines:

| | |
|---|---|
| Close of Expert Discovery: | 3/5/18 |
| Close of Rebuttal Expert Discovery: | 4/2/18 |
| Fact Discovery Cutoff: | 4/2/18 |
| Motions to be filed by: | 4/26/18 |
Joint Stipulation
and Proposed

2) The Parties jointly request that the Court continue all deadlines in its December 12, 2017 Order by approximately 75 days. The new deadlines would be:

| | |
|---|---|
| Close of Expert Discovery: | 5/19/18 |
| Close of Rebuttal Expert Discovery: | 6/19/18 |
| Fact Discovery Cutoff: | 6/19/18 |
| Motions to be filed by: | 7/10/18 |

3) Good cause exists to continue the deadlines in the Court's December 12, 2017 Order. The Parties have been unable to complete all discovery in this action due to a variety of unforeseen developments affecting this litigation, including:

    a. The parties dispute whether certain communications between plaintiffs' counsel and defendants Larry Clark and Jerrimy Farris are discoverable. The dispute has been submitted the Court for a ruling, (Dkt Nos. 257 & 264), which has not yet been issued. 20/20 has argued that it would be prejudiced if discovery were to proceed without the production of these communications.

    b. On August 24, 2017, Defendants brought a Motion to Compel Arbitration against certain opt-in plaintiffs. (Dkt. No. 216.) The Court stayed the motion pending a ruling from the United States Supreme Court in *Morris v. Ernst & Young LLP*, and simultaneously stayed this case with respect to any "opt-in Plaintiffs who have signed an arbitration agreement, and would be subject to a motion to compel arbitration." (Dkt. No. 235) As of today, *Morris* remains undecided, and the stay remains in place, preventing the parties from determining whether the claims of those opt-in Plaintiffs will proceed in this Court or in arbitration and, if the former, from completing discovery with regard to those claims.

    c. Due to the stay, Plaintiffs' Motion For Equitable Tolling of the Statute of Limitations For FLSA Claims Of Expanded Collective Opt-In Plaintiffs (Dkt. No. 233) has also been stayed. (Dkt. # 238.) Hence, the applicable statute of limitations for these claims is unresolved, impacting the scope of discovery regarding those claims, if they are ultimately allowed to proceed in this Court.

3     Case No. 15-cv-04080-KAW
JOINT STIPULATION OF THE PARTIES AND [PROPOSED] ORDER
TO CONTINUE DISCOVERY CUTOFF AND MOTION DATES

Joint Stipulation and Proposed

4) Additionally, counsel for Plaintiffs and counsel for 2020 are in discussions regarding a possible case management plan which would submit certain potentially dispositive legal issues to the Court for decision in the next 60 days based on a joint statement of facts, while deferring further discovery on other issues until after the Court's ruling, thereby potentially avoiding unnecessary costs and disputes and promoting the efficient use of the Parties' and the Court's resources. Maintaining the existing deadlines would foreclose this possibility.

5) Accordingly, the Parties jointly request that the Court continue the deadlines in its December 12, 2017 Order as set forth above.

IT IS SO STIPULATED.

DATED: March 2, 2018　　　　　　　　　　LICHTEN & LISS-RIORDAN.

By: /s/ Jill S. Kahn
　　　Jill S. Kahn

Attorneys for Plaintiffs

DATED: March 2, 2018　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Christopher W. Decker
　　　Christopher W. Decker

Attorneys for Defendant
20/20 COMMUNICATIONS, INC.
(erroneously sued as 2020 Companies LLC)

DATED: March 2, 2018     LEHR MIDDLEBROOKS VREELAND AND
                         THOMPSON, P.C.


                         By: /s/ Michael Leslie Thompson
                             Michael Leslie Thompson

                         Attorneys for Defendants
                         OPEN DOOR MARKETING, LLC
                         LARRY DALE CLARK
                         JERRIMY FARRIS

///

///

///

///

///

///

///

///

5   Case No. 15-cv-04080-KAW
JOINT STIPULATION OF THE PARTIES AND [PROPOSED] ORDER
TO CONTINUE DISCOVERY CUTOFF AND MOTION DATES

Joint Stipulation
and Proposed

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the deadline set forth in the Court's December 12, 2017 Order are modified as follows:

| | |
|---|---|
| Close of Expert Discovery: | 5/19/18 |
| Close of Rebuttal Expert Discovery: | 6/19/18 |
| Fact Discovery Cutoff: | 6/19/18 |
| Motions to be filed by: | 7/10/18 |

DATED: 3/6/18   _Kandis Westmore_
United States Magistrate Judge

33086608.1

Joint Stipulation and Proposed

6   Case No. 15-cv-04080-KAW
JOINT STIPULATION OF THE PARTIES AND [PROPOSED] ORDER
TO CONTINUE DISCOVERY CUTOFF AND MOTION DATES