UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONDE, et al.,<br>        Plaintiffs,<br>    v.<br>OPEN DOOR MARKETING, LLC, et al.,<br>        Defendants. | Case No. 15-cv-04080-KAW<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT AND STATUS OF OPEN DOOR DEFENDANTS**<br><br>Re: Dkt. No. 289 |

On June 13, 2018, Plaintiffs and Defendant 2020 Communications, Inc. ("2020") filed a notice of settlement regarding the claims brought against Defendant 2020. (Dkt. No. 289.) Plaintiffs and Defendant 2020 further stated that they intended to file a joint motion for settlement approval by July 12, 2018. (*Id.* at 2.) The parties requested that the Court vacate all deadlines and hearing dates for this matter, and to set a hearing on the joint motion for settlement approval on August 16, 2018.

Before the Court can vacate the deadlines and hearing dates, the Court requires further information about the status of the case against Defendants Open Door Marketing, LLC and the individual Defendants (collectively, "Open Door Defendants"). Accordingly, the parties are ORDERED to file, by **June 25, 2018**, a status report explaining whether the case against the Open Door Defendants has been settled or will be proceeding. If the case against the Open Door Defendants has not settled, the parties should explain whether the pending motions, including Defendant 2020's motion to compel arbitration (joined by the Open Door Defendants) and Plaintiffs' motion for equitable tolling of the statute of limitations, can be terminated in light of the settlement, or if those motions affect the Open Door Defendants.

In light of the settlement, however, the June 18, 2018 deadline to file a joint status update

regarding the Supreme Court's ruling on the *Morris v. Ernst & Young* appeal is VACATED. (*See* Dkt. No. 284.)

IT IS SO ORDERED.

Dated: June 20, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge