UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONDE, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>OPEN DOOR MARKETING, LLC, et al.,<br>　　　　Defendants. | Case No. 15-cv-04080-KAW<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT**<br>Re: Dkt. No. 289 |

On June 13, 2018, Plaintiffs and Defendant 2020 filed a notice of settlement, stating that they intended to file a joint motion for settlement approval no later than July 12, 2018. (Dkt. No. 289 at 2.) Plaintiffs and Defendant 2020 requested that the Court vacate all deadlines and hearing dates for this matter, and set a hearing on the motion for settlement approval on August 16, 2018. On June 20, 2018, the Court asked the parties to explain how the settlement affected the case against Defendants Open Door Marketing, LLC, Jerrimy Farris, and Larry Clark ("Open Door Defendants"). (Dkt. No. 290.) On June 22, 2018, the parties filed a joint status report, stating that Plaintiffs intended to dismiss their claims against the Open Door Defendants, and that "in light of Plaintiffs' settlement with 2020, Plaintiffs and 2020 intend that the case be dismissed in its entirety following the Court's approval of the settlement between Plaintiffs and 2020." (Dkt. No. 291 at 2.)

Accordingly, the Court TERMINATES all pending deadlines and motions, including Plaintiffs' motion for equitable tolling of the statute of limitations and Defendant 2020's motion to compel arbitration.[1] (Dkt. Nos. 216, 233.) Plaintiffs and Defendant 2020 are to file the joint motion for settlement approval by **July 12, 2018**. The joint motion for settlement approval is set

---

[1] Should the settlement not be approved, the Court will issue an order on Defendant 20/20's motion to compel arbitration and Plaintiffs may re-notice the motion for equitable tolling.

for hearing on **August 16, 2018** at **1:30 p.m.**

IT IS SO ORDERED.

Dated: June 29, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge